## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

ANDREW CHIEN,

            Plaintiff,

v.

RICHARD J. FREER and PEOPLE'S BANK,

            Defendants.

Civil Action No.
3:18 - CV - 253 (CSH)

FEBRUARY 15, 2018

## RULING AND ORDER DISMISSING COMPLAINT

**HAIGHT, Senior District Judge:**

Having read the pro se Complaint [Doc. 1] filed in this action on February 9, 2018, the Court *sua sponte* dismisses the action because its filing would appear to violate an injunction entered by Judge Covello in *Chien v. Clark, et al.*, No. 3:16-cv-1881.

I reach that conclusion for the same reasons stated in this Court's comparable Ruling and Order [Doc. 9] in *Chien v. Supreme Judicial Court of Connecticut*, No. 3:18-cv-228, familiarity with which is assumed. Chien's complaint in this case, just like the complaint before me in No. 3:18-cv-228, has at its core allegations by Chien of wrongdoing by Richard J. Freer, a Virginia citizen. Those same allegations were featured in Chien's complaint in No. 3:16-cv-1881, the *Clark* case before Judge Covello. And the complaint in No. 16-cv-1881, in turn, restated Chien's allegations against Freer which lay at the center of an earlier case, *Chien v. Freer*, No. 3:15-cv-1620, which also came before Judge Covello.

As my Ruling in No. 3:18-cv-228 recounts, Judge Covello dismissed Chien's complaint in

1

No. 15-cv-1620 and denied Chien's motion for leave to amend that complaint. Judge Covello then

dismissed Chien's complaint in No. 3:16-cv-1881, rejecting the pleading as an impermissible attempt

"to end run the court's previous denial of Chien's motion to amend." Judge Covello included in his

Ruling in 3:16-cv-1881 the provision that "the plaintiff, Andrew Chien, is prohibited from filing

further actions in this court without prior leave of the court."

Chien did not seek leave of Court to file either of the two 2018 complaints assigned to the

undersigned. Given an apparent disregard of Judge Covello's injunction, I reach the same conclusion

in No. 253 that I did in No. 228. The Clerk is directed to dismiss the complaint in the captioned case

without prejudice and close the file. If Chien wishes to press this claim, he must apply to Judge

Covello, the author of the injunction, for leave to do so.

It is SO ORDERED.

Dated: New Haven. Connecticut
        February 15, 2018


*/s/Charles S. Haight, Jr.*
CHARLES S. HAIGHT, JR.
Senior United States District Judge